IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | EP-15-CR-1169 PRM |
| MIGUEL HERNANDEZ | § | |

FILED
2015 AUG 25  PM 4: 25

## ORDER REVOKING SUPERVISED RELEASE

On August 25, 2015, came to be considered the second amended motion to revoke supervised release in the above styled and numbered cause. The Defendant appeared in person, represented by Joe A. Spencer, Jr., and the Government appeared by and through its Assistant United States Attorney, Richard Watts. After hearing the evidence, the Court found that the Defendant, MIGUEL HERNANDEZ, had violated the conditions of supervised release imposed by virtue of the judgment entered herein on June 13, 2011, in that he entered into the United States without legal documents; and committed a new offense of Illegal re-entry. The Court further found that continuing the Defendant on supervised release would no longer serve the ends of justice, and that the second amended motion to revoke supervised release should be granted.

It is therefore ORDERED that the second amended motion to revoke supervised release filed herein on July 29, 2015, be, and it is hereby, GRANTED.

It is further ORDERED that the supervised release of Defendant MIGUEL HERNANDEZ be, and it is hereby, REVOKED.

It is further ORDERED that the Defendant be, and he is hereby, COMMITTED to the custody of the Bureau of Prisons for a period of four (4) months. The sentence shall be served consecutively to the sentence imposed in Cause Number EP-15-CR-611 PRM out of the Western District of Texas, El Paso Division.

Defendant: MIGUEL HERNANDEZ
Case Number:  EP-15-CR-1169 PRM                                                     Page 2 of 2

Defense counsel requests the Bureau of Prisons a designation of C. I., Taft, California.

SIGNED and ENTERED this 25 day of August, 2015.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE